No. 118. JAMES C. DAVIS, AS AGENT, ETC. *v.* E. M. MATTHEWS, ADMINISTRATOR, ETC. Certiorari to the Supreme Court of the State of South Carolina. Argued December 4, 5, 1923. Decided January 7, 1924. *Per Curiam.* Affirmed with costs upon the authority of: (1) *Seaboard Air Line Ry.* v. *Padgett,* 236 U. S. 668, 673; *Central Ver-*

*mont Ry. Co.* v. *White,* 238 U. S. 507, 509; (2) *Illinois Central R. R. Co.* v. *Skaggs,* 240 U. S. 66, 70; *Spokane & Inland Empire R. R. Co.* v. *Campbell,* 241 U. S. 497, 509; (3) *Southern Ry. Co.* v. *Bennett,* 233 U. S. 80, 86; *Louisville & Nashville R. R. Co.* v. *Holloway,* 246 U. S. 525, 529. *Mr. F. L. Willcox* and *Mr. Thomas W. Davis,* with whom *Mr. Henry E. Davis* was on the brief, for petitioner. *Mr. R. E. Whiting,* with whom *Mr. D. Gordon Baker* and *Mr. Felix E. Alley* were on the brief, for respondent.